**STATE of Missouri, Respondent,**

v.

**Philip R. BERGENTINE, Appellant.**

No. WD 66832.

Missouri Court of Appeals,
Western District.

March 27, 2007.

Rebecca Lynn Kurz, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang, Victor Melenbrink, Office of Attorney General, Jefferson City, for respondent.

Before VICTOR C. HOWARD, Chief Judge, ROBERT G. ULRICH, Judge, and PAUL M. SPINDEN, Judge.

**ORDER**

Philip R. Bergentine appeals the circuit court's judgment convicting him of robbery in the first degree, armed criminal action, and two counts of witness tampering. We affirm. Rule 30.25(b).

■

**Edmond McNACK, Appellant,**

v.

**JACKSON COUNTY, Respondent.**

No. WD 66994.

Missouri Court of Appeals,
Western District.

March 27, 2007.

Randell G. Collins, Kansas City, MO, for Respondent.

William G. Manson, Kansas City, MO, for Appellant.

Before: ULRICH, P.J.,
LOWENSTEIN and SMART, JJ.

***ORDER***

PER CURIAM.

In his claim for workers' compensation, the appellant-employee relied on a physician to prove causation for his contraction of a relatively rare and debilitating blood disorder. The employer utilized a physician who testified that there was no causal connection between the on the job accident and the blood disorder. The appellant's appeal contends the Commission's award denying compensation was not supported by competent and substantial evidence. Affirmed. Rule 84.16(b).